1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ARTHUR D. FINCH,                              No. C 12-00814 YGR (PR)

9              Plaintiff,                         **ORDER OF TRANSFER**

10      vs.

11  WARDEN JAMES D. HARTLEY, et al.,

12             Defendants.
                                          /
13

14        Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983

15  and an application for *in forma pauperis* status.  The acts complained of occurred at Avenal State

16  Prison, which is located in the Eastern District of California, and it appears that Defendants reside in

17  that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C.

18  § 1391(b).

19        Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is

20  TRANSFERRED to the United States District Court for the Eastern District of California.  The

21  Clerk of the Court shall transfer the case forthwith.  All pending motions are TERMINATED on this

22  Court's docket as no longer pending in this district.

23        IT IS SO ORDERED.

24  DATED: February 29, 2012                      _____
                                                  **YVONNE GONZALEZ ROGERS**
25                                                **UNITED STATES DISTRICT COURT JUDGE**

26

27

28

G:\PRO-SE\YGR\CR.12\Finch0814.transfer.wpd

*United States District Court*
*For the Northern District of California*